IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| LISA PHILLIPS,<br><br>        *Plaintiff,*<br><br>  v.<br><br>TRANS UNION, LLC &<br>SPECIALIZED LOAN SERVICING, LLC,<br><br>        *Defendants.* | CASE NO. 3:16-CV-00088<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

  This matter is before the Court upon consideration of Defendant Trans Union, LLC's Consent Motion for Extension of Time to File Its Answer or Otherwise Respond to Plaintiff's Complaint. (Dkt. 4). Defendant requests additional time to review and respond to the allegations in the Complaint, and Plaintiff does not object to this extension. (Dkt. 6).

  Accordingly, it is hereby **ORDERED** that for good cause shown, the Motion for Extension of Time, (dkt. 4), is hereby **GRANTED**, and as requested, Defendant Trans Union, LLC shall have until on or before February 7, 2017, to reply to Plaintiff's Complaint.

  It is so **ORDERED**. The Clerk of the Court is hereby directed to send a certified copy of this Order to Plaintiff, Defendants, and all counsel of record.

  Entered this 31st day of January, 2017.

                       */s/ Norman K. Moon*
                       NORMAN K. MOON
                       UNITED STATES DISTRICT JUDGE