05-59 07/13/121003203643


Specialized Loan Servicing, LLC

FOR THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED THAT PURPOSE.

07/13/12

LISA PHILLIPS
2340 N 11ST APT 202
ARLINGTON    VA22201-5815

Re:   1003203643
      1313 CRYSTAL RAINEY AVE
      NORTH LAS VEGAS    NV89086

Dear LISA PHILLIPS

Please reference the enclosed Verification of Mortgage which shows your current principal balance at $.00. In addition, the above referenced loan was paid in full and closed on 06/30/11.

Specialized Loan Servicing thanks you for the opportunity to service your loan. If you have any questions, please contact our Customer Care Department at 800-315-4SLS (4757). TDD number 800-268-9419.

Sincerely,

Specialized Loan Servicing
Lien Release Department

**BANKRUPTCY NOTICE-** IF YOU ARE A CUSTOMER IN BANKRUPTCY OR A CUSTOMER WHO HAS RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT: PLEASE BE ADVISED THAT THIS NOTICE IS TO ADVISE YOU OF THE STATUS OF YOUR MORTGAGE LOAN. THIS NOTICE CONSTITUTES NEITHER A DEMAND FOR PAYMENT NOR A NOTICE OF PERSONAL LIABILITY TO ANY RECIPIENT HEREOF, WHO MIGHT HAVE RECEIVED A DISCHARGE OF SUCH DEBT IN ACCORDANCE WITH APPLICABLE BANKRUPTCY LAWS OR WHO MIGHT BE SUBJECT TO THE AUTOMATIC STAY OF SECTION 362 OF THE UNITED STATES BANKRUPTCY CODE. HOWEVER, IT MAY BE A NOTICE OF POSSIBLE ENFORCEMENT OF THE LIEN AGAINST THE COLLATERAL PROPERTY, WHICH HAS NOT BEEN DISCHARGED IN YOUR BANKRUPTCY. IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT OUR CUSTOMER CARE CENTER AT 800-306-6057.

8742 Lucent Blvd., Suite 300, Highlands Ranch, Colorado 80129
Direct 720-241-7200    Fax 720-241-7220



**Specialized Loan Servicing, LLC**

07/13/12

LISA PHILLIPS
2340 N 11ST APT 202
ARLINGTON   VA  22201-5815

## VERIFICATION OF MORTGAGE

PROPERTY ADDRESS:
1313 CRYSTAL RAINEY AVE
NORTH LAS VEGAS   NV  89086

| | | | |
|---|---|---|---|
| LOAN NUMBER: | 1003203643 | INTEREST PAID TO DATE: | 08/01/09 |
| LOAN TYPE: | Conventional | NEXT PAYMENT DATE: | 09/01/09 |
| INTEREST RATE: | 9.62500 | ORIGINAL AMOUNT: | 77765.00 |
| TERM OF LOAN: | 360 | PRINCIPAL BALANCE: | .00 |
| CLOSING DATE: | 11/21/06 | MINIMUM PAYMENT: | 660.99 |
| LIEN POSITION: | Second Mortgage | FIRST PAYMENT DATE: | 01/01/07 |

| TIMES DELINQUENT THIS YEAR | | TIMES DELINQUENT LAST YEAR | |
|---|---|---|---|
| 15-30 DAYS | 0 | 15-30 DAYS | 0 |
| 31-60 DAYS | 0 | 31-60 DAYS | 0 |
| 61-89 DAYS | 0 | 61-90 DAYS | 0 |
| 91+DAYS | 0 | 91+DAYS | 0 |

SLS does not report payment history to the credit reporting agencies for the transfer month and two subsequent months. The servicing of this loan transferred to SLS on 08/05/09.

REQUESTING COMPANY

8742 Lucent Blvd., Suite 300, Highlands Ranch, Colorado  80129
Direct 720-241-7200    Fax 720-241-7220