| Return this dispute response to: | | |
|---|---|---|
| TransUnion LLC | Date Received: | 06-08-2016 |
| 2 Baldwin Place, Crum Lynne, PA, 19022 | Control #: | 358818975009001 |
| FAX #: | FCRA Response Due Date: | 07-04-2016 |
| Account Number: 1003203643 | Response Date: | |
| Subscriber Code: Specialized Loan Servicing LLC/28HS001 | Response Code: | 01:Account information accurate as of date reported |

On the lines below, S indicates the Response element is the Same as in the Request; D indicates it is Different, and U indicates it is Unknown.

| Request Data | | Verif Ind | Response Data |
|---|---|---|---|
| First Name: | LISA | | First Name: |
| Middle Name: | E | | Middle Name: |
| Last Name: | PHILLIPS | | Last Name: |
| Generation Code: | | | Generation Code: |
| Address: | 707 ROCK CREEK RD, CHARLOTTESVILLE, VA, 22903-3835 | | Address: |
| Prev First Name: | | | Prev First Name: |
| Prev Middle Name: | | | Prev Middle Name: |
| Prev Last Name: | | | Prev Last Name: |
| Prev Generation Code: | | | Prev Generation Code: |
| Prev. Address: | 2340 11TH ST N APT 202, ARLINGTON, VA, 22201-5815 | | Prev. Address: |
| SSN: | 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 | | SSN: |
| DOB: | 02-27-1982 | | DOB: |
| Telephone Number: | (702) 348-4073 | | Telephone Number: |
| 2nd Prev. Address: | 6027 BRICE PARK DR APT 16, CANAL WINCHESTER, OH, 43110-9039 | | |

Consumer States/Comments:

| Dispute Code 1: | 105:Disputes Date of Last Payment/Date Opened/Date of First Delinquency/Date Closed. Verify all dates. |
|---|---|
| Dispute Code 2: | |
| FCRA Relevant Information: | cons claims first deliquency date is incorrect n correct date should be 09/2009 |

| Account Status | Pay. Rate | MOP | Cond./Cumm. Status | Date Opened | Balance | Amount Past Due | High Cr./Org. | Credit Limit | Original Charge-Off Amount |
|---|---|---|---|---|---|---|---|---|---|
| 13 | L | | | 11-21-2006 | $0 | $0 | $77765 | | $75966 |

| Account Type | Interest Type | Port. Type | Term Dur. | Freq. | Date of Account Information | Date Closed | Date of Last Payment | Sch. Payment | ECOA | CII | FCRA DOFD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5B | | M | 360 | M | 06-30-2011 | 06-30-2011 | 08-26-2009 | $660 | 1 | | 06-30-2011 |

| Compliance Condition Code | SCC | Original Cr. Name | | | | Original Cr. Class | Spec. Payment Ind. | Deferred Start Date | Balloon Date | Balloon Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | BA | | | | | | | | | |

| Agency ID | Sec. Marketing Agency Account # | Mortgage ID | Actual Payment | Portfolio Indicator | Purchased from/Sold to |
|---|---|---|---|---|---|
| | | | | | |

| Remarks: | DF Contact #: |
|---|---|

DRAFT

## Account History – Request

| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016 |   |   |   |   |   |   |   | D | D | D | D | D |
| 2015 | D | D | D | D | D | D | D | D | D | D | D | D |
| 2014 | D | D | D | D | D | D | D | D | D | D | D | D |
| 2013 | D | D | D | D | D | D | D | D | D | D | D | D |
| 2012 | D | D | D | D | D | D | D | D | D | D | D | D |
| 2011 | D | D | D | D | D | D | D | 3 | D | D | D | D |
| 2010 | B | - | - | - | - | - | - | - | - | - | - | - |
| 2009 | - | - | - | - | - | - | - | - | - | - | - | - |

## Account History – Response

| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016 |   |   |   |   |   |   |   | D | D | D | D | D |
| 2015 | D | D | D | D | D | D | D | D | D | D | D | D |
| 2014 | D | D | D | D | D | D | D | D | D | D | D | D |
| 2013 | D | D | D | D | D | D | D | D | D | D | D | D |
| 2012 | D | D | D | D | D | D | D | D | D | D | D | D |
| 2011 | D | D | D | D | D | D | D | 3 | D | D | D | D |
| 2010 | B | - | - | - | - | - | - | - | - | - | - | - |
| 2009 | - | - | - | - | - | - | - | - | - | - | - | - |

### Associated Consumer 1
Name:
Address:
SSN:  DOB:
Telephone Number:
ECOA/Consumer Information Indicator: /

### Associated Consumer 2
Name:
Address:
SSN:  DOB:
Telephone Number:
ECOA/Consumer Information Indicator: /

### Images Information
Associated Images: No  Image Access Indicators: #1  #2  #3  #4  #5

Submitted By: Abigail Rivera  Date: 06-20-2016

By submitting this ACDV, you certify that you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect the changes noted.

