Inst #: 201101110001527
Fees: $15.00 N/C Fee: $0.00
RPTT: $731.85 Ex: #
01/11/2011 11:30:32 AM
Receipt #: 639095
Requestor:
CLARK RECORDING SERVICE
Recorded By: SCA Pgs: 3
DEBBIE CONWAY
CLARK COUNTY RECORDER

Recording requested by:
NDEx West, L.L.C.

When Recorded Mail to and Mail Tax Statement to:
DEUTSCHE BANK NATIONAL TRUST .et al
c/o ONEWEST BANK, FSB
888 E. WALNUT STREET
PASADENA, CA 91101

APN #: 124-23-711-129
Property Address:
1313 CRYSTAL RAINEY AVE
NORTH LAS VEGAS, NEVADA 89086

TDUS20090159911580

Trustee Sale No.: 20090159911580   Title Order No.: 090888896

## TRUSTEE'S DEED UPON SALE

The undersigned grantor declares:
1) The Grantee herein WAS the foreclosing beneficiary
2) The amount of the unpaid debt together with cost was       $342,557.47
3) The amount paid by the grantee at the trustee sale was     $143,399.76
4) The documentary transfer tax is                            $731.85
5) Said property is in the city of NORTH LAS VEGAS

NDEX West, LLC, as the duly appointed Trustee under the Deed of Trust hereinafter described, does hereby grant and convey, but without covenant or warranty, express or implied, to:

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC INDX
MORTGAGE LOAN TRUST 2006-AR39, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
2006-AR39 UNDER THE POOLING AND SERVICING AGREEMENT DATED DECEMBER 1, 2006

(herein called Grantee), all of its right, title and interest in and to that certain property situated in the County of CLARK, State of NEVADA, described as follows:

LOT 338, BLOCK 7, OF DONNA/DEER SPRINGS UNIT 2A, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 116 OF PLATS, PAGE 5, AND THEREAFTER CERTIFICATE OF AMENDMENT RECORDED MARCH 30, 2004 IN BOOK 20040330 AS INSTRUMENT NO. 2757 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

MAIL TAX STATEMENT AS DIRECTED ABOVE

Trustee Sale No.: 20090159911580    Title Order No.: 090888896

**RECITALS:**

This conveyance is made pursuant to the powers conferred upon Trustee by that certain Deed of Trust dated 11/17/2006 and executed by **LISA PHILLIPS   PAT PLUKSARANUN** Trustor(s), and Recorded on 11/21/2006 as Instrument No. 20061121-0004785 of official records of **CLARK** County, **NEVADA**, and after fulfillment of the conditions specified in said Deed of Trust authorizing this conveyance.

Default occurred as set forth in a Notice of Breach and Election to Sell which was recorded in the Office of the Recorder of said County, and such default still existed at the time of sale.

Trustee has complied with all applicable statutory requirements of the State of Nevada regarding document recording, mailing, publication and posting of required notices.

Trustee, in compliance with said Notice of Trustee's Sale and in exercise of its powers under said Deed of Trust, sold the herein described property at public auction on **01/05/2011**. Grantee, being the highest bidder at said sale, became the purchaser of said property for the amount bid being **$143,399.76** in lawful money of the United States, or by credit bid if the Grantee was the beneficiary of said Deed of Trust at the Time of said Trustee's Sale.

DATED: 01/07/2011

NDEx West, LLC, as Trustee

_Ric Juarez_ (signature)

"This instrument is being recorded as an ACCOMMODATION ONLY, with no Representation as to its effect upon title"

01/07/2011
DATED

State of   TEXAS   }
County of  DALLAS  }

On **01/07/2011** before me, **Kathy Lockerman** Notary Public, personally appeared Ric Juarez who is known to me to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal

Signature: _Kathy Lockerman_ (Seal)

My commission expires: _____

KATHY LOCKERMAN
Notary Public
State of Texas
My Comm. Exp. 09-15-2011

**STATE OF NEVADA**
**DECLARATION OF VALUE FORM**

1. Assessor Parcel Number(s)
   a) 124-23-711-129
   b) _____
   c) _____
   d) _____

2. Type of Property:
   a) ☐ Vacant Land      b) ☑ Single Fam. Res.
   c) ☐ Condo/Twnhse     d) ☐ 2-4 Plex
   e) ☐ Apt. Bldg        f) ☐ Comm'l/Ind'l
   g) ☐ Agricultural     h) ☐ Mobile Home
   ☐ Other _____

   FOR RECORDER'S OPTIONAL USE ONLY
   Book: _____ Page: _____
   Date of Recording: _____
   Notes:

3. Total Value/Sales Price of Property          $143,399.76
   Deed in Lieu of Foreclosure Only (value of property)   (               )
   Transfer Tax Value:                          $143,399.76
   Real Property Transfer Tax Due               $731.85

4. **If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section _____
   b. Explain Reason for Exemption: _____

5. Partial Interest: Percentage being transferred: _____ %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _____  Capacity *Authorized Agent - Grantor*
Signature _____  Capacity _____

**SELLER (GRANTOR) INFORMATION**
(REQUIRED)
NDEX WEST, LLC AS TRUSTEE
15000 SURVEYOR BLVD., SUITE 250
ADDISON, TX 75001

**BUYER (GRANTEE) INFORMATION**
(REQUIRED)
DEUTSCHE BANK NATIONAL TRUST COMPANY,
AS TRUSTEE OF THE INDYMAC INDX MORTGAGE
LOAN TRUST 2006-AR39, MORTGAGE
PASS-THROUGH CERTIFICATES, SERIES 2006-AR39
UNDER THE POOLING AND SERVICING
AGREEMENT DATED DECEMBER 1, 2006
1761 EAST ST ANDREW PLACE
SANTA ANA, CA 94705

**COMPANY/PERSON REQUESTING RECORDING (required if not seller or buyer)**
Print Name: LSI Title Agency, Inc.           Order #: ~~20090150911580~~ 090868896
Address: 3220 El Camino Real
City: Irvine CA 92602                         State: _____ Zip: _____

As a public record this form may be recorded or microfilmed
CP

Inst #: 201105160002975
Fees: $16.00 N/C Fee: $0.00
RPTT: $765.00 Ex: #
05/16/2011 03:24:50 PM
Receipt #: 777934
Requestor:
CHICAGO TITLE THE POINTE
Recorded By: RNS  Pgs: 4
DEBBIE CONWAY
CLARK COUNTY RECORDER

APN: 124-23-711-129
Affix R.P.T.T. $765.00

WHEN RECORDED MAIL TO and MAIL TAX STATEMENT TO:
WAYNE WALKER
TORRYE D. WALKER
1313 CRYSTAL RAINEY
NORTH LAS VEGAS, NV 89086

ESCROW NO: 11017354-086-JR

## GRANT, BARGAIN, SALE DEED

THIS INDENTURE WITNESSETH: That

**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR39, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR39 UNDER THE POOLING AND SERVICING AGREEMENT DATED DECEMBER 1, 2006**

in consideration of $10.00 and other valuable consideration, the receipt of which is hereby acknowledged, do hereby Grant, Bargain, Sell and Convey to

**Wayne Walker and Torrye D. Walker, husband and wife as Joint Tenants**

all that real property situated in the County of Clark, State of Nevada, bounded and described as follows:

**SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF.**

Subject to:
1. Taxes for the current fiscal year, paid current.
2. Conditions, covenants, restrictions, reservations, rights, rights of way and easements now of record, if any.

Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining.

Page 1 of 3

ESCROW NO: 11017354-086-JR

Witness my/our hand(s) this __4th__ day of __April, 2011__.

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR39, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR39 UNDER THE POOLING AND SERVICING AGREEMENT DATED DECEMBER 1, 2006

Signature: *[signature]*

Name: Jeannie Cisneros AVP/REO
      *Jeannie Cisneros*
Title: Attorney in Fact

STATE OF TEXAS       )
                     ) ss.
COUNTY OF TRAVIS     )

This instrument was acknowledged before me on __APR 0 4 2011__ by
Jeannie Cisneros AVP/REO
_____ (name of officer)

_____ (title of officer) of One West Bank, FSB,

as attorney in fact for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR39, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR39 UNDER THE POOLING AND SERVICING AGREEMENT DATED DECEMBER 1, 2006

_[signature]_, Notary Public

Printed Name: AMY R. SCHUMANN        (seal)
State of TEXAS

My Commission Expires: 11-6-11

AMY R SCHUMANN
Notary Public, State of Texas
My Commission Expires
November 06, 2011

Page 2 of 3

ESCROW NO: 11017354-086-JR

EXHIBIT A

LOT 338, BLOCK 7, OF DONNA/DEER SPRINGS UNIT 2A, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 116 OF PLATS, PAGE 5, AND THEREAFTER CERTIFICATE OF AMENDMENT RECORDED MARCH 30, 2004 IN BOOK 20040330 AS INSTRUMENT NO. 2757 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

**STATE OF NEVADA**
**DECLARATION OF VALUE FORM**

1. Assessor Parcel Number(s)
   a) 124-23-711-129

2. Type of Property:
   a) ☐ Vacant Land
   b) ☑ Single Fam. Res.
   c) ☐ Condo/Twnhse
   d) ☐ 2-4 Plex
   e) ☐ Apt. Bldg.
   f) ☐ Comm'l/Ind'l
   g) ☐ Agricultural
   h) ☐ Mobile Home
   ☐ Other

   | FOR RECORDER'S OPTIONAL USE ONLY |
   |---|
   | Book: _____ Page: _____ |
   | Date of Recording: _____ |
   | Notes: |

3. a. Total Value/Sales Price of Property: $150,000.00
   b. Deed in Lieu of Foreclosure Only (value of property): ( )
   c. Transfer Tax Value: $150,000.00
   d. Real Property Transfer Tax Due: $765.00

4. **If Exemption Claimed:**
   a. Transfer Tax Exemption, per NRS 375.090, Section: _____
   b. Explain Reason for Exemption: _____

5. Partial Interest: Percentage being transferred: ___%

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _____  Capacity Grantor
By: Jeannie Cisneros AVP/REO

**SELLER (GRANTOR) INFORMATION (REQUIRED)**
Print Name: DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR39, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR39 UNDER THE POOLING AND SERVICING AGREEMENT DATED DECEMBER 1, 2006
Address: 2900 Esperanza Crossing, Flr 3
City, St., Zip: Austin, TX 78758

**BUYER (GRANTEE) INFORMATION (REQUIRED)**
Print Name: Wayne Walker and Torrye D. Walker
Address: 1313 Crystal Rainey
City, St., Zip: North Las Vegas, NV 89086

**COMPANY/PERSON REQUESTING RECORDING (required if not seller or buyer)**
Print Name: Chicago Title of Nevada, Inc.   Escrow #: 11017354-086
Address: 3993 Howard Hughes Pkwy., #120
City/State/Zip: Las Vegas, NV 89169

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED