DR 01/22/2016 (00KT50) 117.12705.06110315

1/20/2016

Lisa Phillips
707 Rock Creek Rd
Charlottesville, VA 22903

TransUnion LLC
Consumer Dispute Center
P.O. Box 2000
Chester, PA 19022

Re: Specialized Loan Service; # 100320VVVV

Dear Transunion;

I have an account on my credit report that appears to have been re-aged. I know you are required to maintain the date of last activity on all accounts and I'd like to have a copy of my consumer disclosure file under FCRA Section 609(a)(1); the date of first delinquency; the FCRA compliance date and the name of the individual who reported this inaccurate date of first delinquency from SLS.

This is the 2nd time I've had an issue with this company's inaccurate reporting and you; as the company that collects this information; allowing them to negatively impact my credit rating.

I'd like this account to be deleted immediately; I've provided a copy of an old Experian credit report that shows the date of first delinquency for your review.

I know you have 30 days to complete this investigation; I'd actually like it to be completed much faster if possible; with a new credit report showing its removal mailed to the address listed above.

Thanks so much for your attention to this matter; I've worked so hard to improve my credit standing and seeing this account reporting so inaccurately AND them trying to keep it on my report a full 2 years longer is very stressful!

Sincerely;

*Lisa Phillips* (signature)

Lisa Phillips

DR 01/22/2016 (00KT50) 117.12705.06110315

# TransUnion

| | |
|---|---|
| Date Opened: | 11/21/2006 |
| Responsibility: | Individual Account |
| Account Type: | Mortgage Account |
| Loan Type: | CONVENTIONAL REAL ESTATE MTG |

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 01/05/2011 |
| Payment Received: | $0 |
| Last Payment Made: | 08/14/2009 |
| High Balance: | $311,059 |

| | |
|---|---|
| Pay Status: | >Account 120 Days Past Due Date< |
| Terms: | $1,413 per month, paid Monthly for 360 months |
| Date Closed: | 01/05/2011 |
| | >Maximum Delinquency of 120 days in 07/2009 and in 01/2011< |

Remarks: >FORECLOSURE COLLATERAL SOLD<
Estimated month and year that this item will be removed: 09/2016

| | 12/2010 | 11/2010 | 10/2010 | 09/2010 | 08/2010 | 07/2010 | 06/2010 | 05/2010 | 04/2010 | 03/2010 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 90 | 60 | |

| | 02/2010 | 01/2010 | 12/2009 | 11/2009 | 10/2009 | 09/2009 | 08/2009 | 07/2009 | 06/2009 | 05/2009 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | X | X | X | X | 120 | OK | OK |

| | 04/2009 | 03/2009 | 02/2009 | 01/2009 | 12/2008 | 11/2008 | 10/2008 | 09/2008 | 08/2008 | 07/2008 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | N/R | OK | OK | OK | OK | OK | OK | OK |

| | 06/2008 | 05/2008 | 04/2008 | 03/2008 | 02/2008 | 01/2008 | 12/2007 | 11/2007 | 10/2007 | 09/2007 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 08/2007 | 07/2007 | 06/2007 | 05/2007 | 04/2007 | 03/2007 | 02/2007 | 01/2007 |
|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK |

## SPECIALIZED LOAN SVCG  #100320****
PO BOX 266005
LITTLETON, CO 80163
(720) 241-7200

| | |
|---|---|
| Date Opened: | 11/21/2006 |
| Responsibility: | Individual Account |
| Account Type: | Mortgage Account |
| Loan Type: | SECOND MORTGAGE |

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 06/30/2011 |
| Last Payment Made: | 08/26/2009 |
| High Balance: | $77,765 |
| Original ChargeOff: | $75,966 |

| | |
|---|---|
| Pay Status: | >Account paid in Full; was a Charge-off< |
| Terms: | $660 per month, paid Monthly for 360 months |
| Date Closed: | 06/30/2011 |
| | >Maximum Delinquency of 90 days in 05/2011< |

Remarks: >TRANSFERRED TO RECOVERY<; CLOSED
Estimated month and year that this item will be removed: 05/2018

| | 05/2011 | 04/2011 | 03/2011 | 02/2011 | 01/2011 |
|---|---|---|---|---|---|
| Rating | 90 | X | X | X | X |

## WELLS FARGO HOME MORTGAG  #708021605****
PO BOX 10335
DES MOINES, IA 50306
Phone number not available

| | |
|---|---|
| Date Opened: | 08/10/2009 |
| Responsibility: | Individual Account |
| Account Type: | Mortgage Account |
| Loan Type: | FHA REAL ESTATE |

| | |
|---|---|
| Date Updated: | 11/09/2015 |
| Payment Received: | $360 |
| Last Payment Made: | 10/15/2015 |

| | |
|---|---|
| Pay Status: | Current; Paid or Paying as Agreed |
| Terms: | $315 per month, paid Monthly for 360 months |

DR 01/22/2016 (00KT50) 118.12705.06110315


## Payment History

```
2011                                          2010                                                      2009                                                      2008
JUL JUN MAY APR MAR FEB JAN  DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN  DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN  DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB
                                                                                                          ND  ND  ND  ND

2007
JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN
```

Account history – If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.

**AB** = Account balance  **DPR** = date payment received  **SPA** = scheduled payment amount

| | Jun11 | May11 | Apr11 | Mar11 | Feb11 | Jan11 | Dec10 | Nov10 | Oct10 | Sep10 | Aug10 | Jul10 | Jun10 | May10 | Apr10 | Mar10 | Feb10 | Jan10 | Dec09 | Nov09 | Oct09 | Sep09 | Aug09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB | 0 | 310,358 | 310,358 | 310,358 | 310,358 | 310,358 | 310,358 | 310,358 | 310,358 | 310,358 | 310,358 | 310,358 | 310,358 | 310,358 | 310,358 | 310,358 | 310,358 | 310,358 | 310,358 | 310,358 | 310,358 | 310,358 | 310,358 |
| DPR | Aug14 | Aug14 | Aug14 | Aug14 | Aug14 | Aug14 | Aug14 | Aug14 | Aug14 | Aug14 | Aug14 | Aug14 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| SPA | ND | 1,413 | 1,413 | 1,413 | 1,413 | 1,413 | 1,413 | 1,413 | 1,413 | 1,413 | 1,413 | 1,413 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
|  | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

– The original amount of this account was $311,059.

---

**SPECIALIZED LOAN SERVICI**
8742 LUCENT BLVD STE 300
HIGHLANDS RANCH CO 80129
**Phone number**
(720) 241 7200
**Partial account number**
100320....
**Address identification number**
0465501846

**Date opened**
Nov 2006
**First reported**
Jul 2009
**Date of status**
Jun 2011

**Type**
Mortgage
**Terms**
30 Years
**Monthly payment**
Not reported

**Credit limit or original amount**
$77,765
**High balance**
Not reported

**Recent balance**
Not reported

**Responsibility**
Individual
**Status**
Paid,Closed. Balloon payment of $62,054 due Dec 2021. $79,636 written off.
**Creditor's statement**
"Transferred to recovery."

## Payment history

```
2011                                                      2009
JUN MAY APR MAR FEB JAN  DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN  DEC NOV
CLS ND  ND  ND  ND  ND   ND  ND  ND  ND  ND  ND  ND  ND  ND  ND  ND  ND   ND
```

Account history – If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.

| | Dec09 | Nov09 |
|---|---|---|
| AB | 79,029 | 78,401 |
| DPR | ND | ND |
| SPA | ND | ND |
|  | ND | ND |

– The original amount of this account was $77,765.

DR 01/22/2016 (00KT50) 119.12705.06110315

DR 01/22/2016 (00KT50) 120.12705.06110315

ISG  PI  VR 01/21/2016 (00KT50) 121.12705.06110315
27 Rock Creek Rd
Charlottesville, VA 22903



RICHMOND
VA 2??
2?
PM

U.S. POSTAGE
$6.70
PM 2-DAY
22905 000
Date of sale
01/20/16
06  2S00
08307410

Expected Deliver
01/22/2016

PLACE THIS LABEL TO THE LEFT OF THE POSTAGE

**USPS TRACKING NUMBER**



9505 5000 0090 6020 0000 52

Transunion LLC
PO Box 2000
Chester, PA 19022

1902200000

/22/2016 (00KT50) 121.12705.06110315