Consumer Contact Department
Fax: 610-546-4771

Attn:
Transunion Dispute

From: Lisa Phillips
707 Rock Creek Rd Charlottesville, VA 22903
***2939

File # 358818975

Please delete Specialized Loan Services Acct
(#~~100~~100320 *ASK*)

They have <u>incorrectly</u> reported the date

of first delinquency 6/2011.

The date of last payment was 08/2009,
The date of first delinquency was 09/2009 (as
<u>Accurately</u> reported on my Equifax (attached)

and the account was Closed 06/2011.
(attached)

The Transunion Rep told me they are

reporting date of last delinquency as of 6/2011

even though Transunion CLEARLY shows the

last payment to be 08/2009 in their own records
agent                    Lisa Phillips



**EQUIFAX**

**CREDIT FILE : January 28, 2016**
**Confirmation # 6026045630**

Dear Lisa E Phillips:

Below are the results of your reinvestigation request and, as applicable, any revisions to your credit file. If you have additional questions regarding the reinvestigated items, please contact the source of that information directly. You may also contact Equifax regarding the specific information contained within this letter or report within the next 60 days by visiting us at www.investigate.equifax.com or by calling a Customer Representative at (888) 425-7961 from 9:00am to 5:00pm Monday-Friday in your time zone.

For an added convenience, use one of the below options to start an investigation or check the status of your dispute.

Please note, when you provide documents, including a letter, to Equifax as part of your dispute, the documents may be submitted to one or more companies whose information are the subject of your dispute.

Visit us at **www.equifax.com/CreditReportAssistance** or Call us at 866-349-5186.

Thank you for giving Equifax the opportunity to serve you.

**The Results Of Our Reinvestigation**

**Credit Account Information**
*(for your security, the last 4 digits of account number(s) have been replaced by )*
*(This section includes open and closed accounts reported by credit grantors)*

| Account History | | | |
|---|---|---|---|
| Status Code | 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J : Voluntary Surrender |
| | 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K : Repossession |
| Descriptions | 3 : 90-119 Days Past Due | G : Collection Account | L : Charge Off |
| | 4 : 120-149 Days Past Due | H : Foreclosure | |

>>> **We have researched the credit account. Account # - 100320" The results are:** This creditor/agency has verified to OUR company that the date of last activity is being reported correctly. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: **Specialized Loan Services, 8742 Lucent Blvd Ste 300, Highlands Ranch CO 80129-2386 Phone: (720) 241-7200**

**Specialized Loan Services**   8742 Lucent Blvd Ste 300, Highlands Ranch CO 80129-2386; (720) 241-7200

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 100320* | 11/01/2006 | $77,765 | $0 | 30Y | Monthly | 6 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Actual Payment Amount | Date of Last Payment | Scheduled Payment Amount | Date of Last Activity | Date of 1st Delinquency | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/28/2016 | $0 | $0 | $0 | 08/2009 | $660 | 09/2009 | 09/2009 | 01/2010 | $0 | | $62,054 | 12/2021 | |

Status - Charge Off; Type of Account - Mortgage; Type of Loan - Second Mortgage; Whose Account - Individual Account; ADDITIONAL INFORMATION - Charged Off Account; Second Mortgage;

*date of last payment* →

*Accurate date of first delinquency* →

( Continued On Next Page )

Page 1 of 2

Lisa E Phillips
707 Rock Creek Rd
Charlottesville, VA 22903-3835

0000000489 F0ECA01291600140S0000 01 000000
0021388771-850

P. O. Box 105518
Atlanta, GA 30348

6026045630APPLADM-002138877- 850 - 5148 -

**TransUnion** ⓒ③

### -Begin Credit Report-

## Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported.

### Rating Key

Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Any rating that is shaded indicates that it is considered adverse. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

## Adverse Accounts

**SPECIALIZED LOAN SVCG** #100320**** ( PO BOX 266005, LITTLETON, CO 80163, (720) 241-7200 )

| | | | | |
|---|---|---|---|---|
| Date Opened: | 11/21/2006 | Balance: | $0 | **Pay Status:** ›Account paid in Full; was a Charge-off‹ |
| Responsibility: | Individual Account | Date Updated: | 06/30/2011 | |
| Account Type: | Mortgage Account | Last Payment Made: | 08/26/2009 | **Terms:** $660 per month, paid Monthly for 360 months |
| Loan Type: | SECOND MORTGAGE | High Balance: | $77,765 | |
| | | Original Charge-off: | $75,966 | **Date Closed:** 06/30/2011 |
| | | | | ›Maximum Delinquency of 90 days in 05/2011‹ |

*[handwritten:] first delinquency 09/2009*

**Remarks:** ›TRANSFERRED TO RECOVERY‹; CLOSED

Estimated month and year that this item will be removed: 05/2018

*[handwritten:] ? 7 years from date of first delinquency*

| | 05/2011 | 04/2011 | 03/2011 | 02/2011 | 01/2011 |
|---|---|---|---|---|---|
| Rating | 90 | X | X | X | X |

### - End of investigation results -

To view a free copy of your full, updated credit file, go to our website www.transunion.com/fullreport

### -End of Credit Report-





**Specialized Loan Servicing, LLC**

FOR THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED THAT PURPOSE.

07/13/12

LISA PHILLIPS
2340 N 11ST APT 202
ARLINGTON          VA22201-5815


Re:     1003203643
        1313 CRYSTAL RAINEY AVE
        NORTH LAS VEGAS       NV89086


Dear LISA PHILLIPS

Please reference the enclosed Verification of Mortgage which shows your current principal ← closed
balance at $.00. In addition, the above referenced loan was paid in full and closed on 06/30/11. ←

Specialized Loan Servicing thanks you for the opportunity to service your loan. If you have any questions, please contact our Customer Care Department at 800-315-4SLS (4757). TDD number 800-268-9419.


Sincerely,

Specialized Loan Servicing
Lien Release Department


**BANKRUPTCY NOTICE**- IF YOU ARE A CUSTOMER IN BANKRUPTCY OR A CUSTOMER WHO HAS RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT: PLEASE BE ADVISED THAT THIS NOTICE IS TO ADVISE YOU OF THE STATUS OF YOUR MORTGAGE LOAN. THIS NOTICE CONSTITUTES NEITHER A DEMAND FOR PAYMENT NOR A NOTICE OF PERSONAL LIABILITY TO ANY RECIPIENT HEREOF, WHO MIGHT HAVE RECEIVED A DISCHARGE OF SUCH DEBT IN ACCORDANCE WITH APPLICABLE BANKRUPTCY LAWS OR WHO MIGHT BE SUBJECT TO THE AUTOMATIC STAY OF SECTION 362 OF THE UNITED STATES BANKRUPTCY CODE. HOWEVER, IT MAY BE A NOTICE OF POSSIBLE ENFORCEMENT OF THE LIEN AGAINST THE COLLATERAL PROPERTY, WHICH HAS NOT BEEN DISCHARGED IN YOUR BANKRUPTCY. IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT OUR CUSTOMER CARE CENTER AT 800-306-6057.


8742 Lucent Blvd., Suite 300, Highlands Ranch, Colorado 80129
Direct 720-241-7200      Fax 720-241-7220




Specialized Loan Servicing, LLC

07/13/12

LISA PHILLIPS
2340 N 11ST APT 202
ARLINGTON     VA  22201-5815

### VERIFICATION OF MORTGAGE

PROPERTY ADDRESS:
1313 CRYSTAL RAINEY AVE
NORTH LAS VEGAS     NV  89086

| | | | |
|---|---|---|---|
| LOAN NUMBER: | 1003203643 | INTEREST PAID TO DATE: | 08/01/09 |
| LOAN TYPE: | Conventional | NEXT PAYMENT DATE: | 09/01/09 |
| INTEREST RATE: | 9.62500 | ORIGINAL AMOUNT: | 77765.00 |
| TERM OF LOAN: | 360 | PRINCIPAL BALANCE: | .00 |
| CLOSING DATE: | 11/21/06 | MINIMUM PAYMENT: | 660.99 |
| LIEN POSITION: | Second Mortgage | FIRST PAYMENT DATE: | 01/01/07 |

| TIMES DELINQUENT THIS YEAR | | TIMES DELINQUENT LAST YEAR | |
|---|---|---|---|
| 15-30 DAYS | 0 | 15-30DAYS | 0 |
| 31-60 DAYS | 0 | 31-60DAYS | 0 |
| 61-89 DAYS | 0 | 61-90DAYS | 0 |
| 91+DAYS | 0 | 91+DAYS | 0 |

SLS does not report payment history to the credit reporting agencies for the transfer month and two subsequent months. The servicing of this loan transferred to SLS on 08/05/09.

REQUESTING COMPANY

8742 Lucent Blvd., Suite 300, Highlands Ranch, Colorado  80129
Direct 720-241-7200     Fax 720-241-7220