\*\*\* 358818975-010 \*\*\*
P.O. Box 2000
Chester, PA 19016-2000

06/22/2016



P5T5BW00202252-I016431-020872855

LISA E. PHILLIPS
707 ROCK CREEK RD
CHARLOTTESVILLE, VA 22903-3835

**TransUnion requests your feedback. Please take this brief anonymous survey and tell us how we are doing.**

**www.TUCares.com**



Our investigation of the dispute you recently submitted is now complete. The results are listed below. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the corrected status at the time of investigation.

If our investigation has not resolved your dispute, you may add a 100-word statement to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you may request that TransUnion send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose.

If interested, you may also request a description of how the investigation was conducted along with the business name, address and telephone number of the source of information.

Thank you for helping ensure the accuracy of your credit information.

For frequently asked questions about your credit report, please visit http://transunion.com/consumerfaqs .

## Investigation Results

| ITEM | DESCRIPTION | RESULTS |
| --- | --- | --- |
| SPECIALIZED LOAN SVCG | # 100320\*\*\*\* | VERIFIED, NO CHANGE |

## -Begin Credit Report-

### Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported.

**Rating Key**

Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Any rating that is shaded indicates that it is considered adverse. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

### Adverse Accounts

**SPECIALIZED LOAN SVCG** #100320**** ( PO BOX 266005, LITTLETON, CO 80163, (720) 241-7200 )

| | | | |
|---|---|---|---|
| Date Opened: 11/21/2006 | Balance: $0 | Pay Status: | ›Account paid in Full; was a Charge-off‹ |
| Responsibility: Individual Account | Date Updated: 06/30/2011 | Terms: | $660 per month, paid Monthly for 360 months |
| Account Type: Mortgage Account | Last Payment Made: 08/26/2009 | | |
| Loan Type: SECOND MORTGAGE | High Balance: $77,765 | Date Closed: 06/30/2011 | |
| | Original Charge-off: $75,966 | | |

Remarks: ›TRANSFERRED TO RECOVERY‹; CLOSED
Estimated month and year that this item will be removed: 05/2018

| | 05/2011 | 04/2011 | 03/2011 | 02/2011 | 01/2011 |
|---|---|---|---|---|---|
| Rating | 90 | X | X | X | X |

- End of investigation results -

To view a free copy of your full, updated credit file, go to our website www.transunion.com/fullreport

-End of Credit Report-